GAETANO VINTAMILIO v. COLOMBIAN STEAMSHIP CO., INC., Impleaded with UNION STEVEDORING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed on or before October 23, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SIMON R. KALMANOFF v. PHILLIP SCHAFFER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of THE HIBERNIA BANK AND TRUST COMPANY, as Committee, etc., of FRANCES J. QUINLAN, an Incompetent Person.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MURRAY T. QUIGG, as Administrator, etc., v. ROBERT R. MOORE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Arbitration between ROBERT WILSON and JACK STEFFEN. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HENRY L. MEYER v. HUDSON TRUST COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before November 24, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of EMMA DINARDO v. ANTHONY DINARDO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before October 30, 1925; and motion to vacate order to show cause denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of EMMA DINARDO v. ANTHONY DINARDO.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HARRY M. WILNER v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before November 9, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

FLORENCE HOWARD WOLCOTT v. ROBERT WALTER GOELET.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SOLOMON BETTEN and Others v. WILLIAM A. TOBIAS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

VALLEY ROLLING MILLS, INC., v. IRVING J. FELDMAN and Others.— Motion to dismiss appeal denied, with ten dollars costs, with leave to respondent to renew said motion unless the appellants procure record on appeal to be promptly served and filed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JOSEPH BERLIN v. FLOSSIE BERLIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of MARY E. DEPIERRIS, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GIULIO CORSINI, as Administrator, etc., v. SIGMUND BAUM.— Motion to dismiss